**AFFIRM; and Opinion Filed May 17, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-12-01702-CR

**TIMOTHY DECHEY JOHNSON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F06-38616-W**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and Lewis
Opinion by Justice Lewis

Timothy Dechey Johnson was convicted, following the adjudication of his guilt, of aggravated robbery with a deadly weapon. Punishment was assessed at ten years' imprisonment. We adopted a finding that appellant no longer desires to pursue the appeal, and we ordered the appeal submitted without the reporter's record and briefs. *See* TEX. R. APP. P. 37.3(c), 38.8(b)(4). Absent briefs, no issues are before us. Finding no fundamental error, we affirm the trial court's judgment.

/David Lewis/
DAVID LEWIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

121702F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TIMOTHY DECHEY JOHNSON,
Appellant

No. 05-12-01702-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F06-38616-W.
Opinion delivered by Justice Lewis,
Justices Moseley and O'Neill participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered this 17th day of May, 2013.

/David Lewis/
DAVID LEWIS
JUSTICE

–2–